

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| YOLANDA PATRICIA GONZALEZ, | § | No. 08-18-00206-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 65th District Court |
| | § | |
| IRMA PEREZ, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2017DCM7313) |
| | § | |

# **O R D E R**

Pending before the Court is Appellant's motion requesting that the case be decided on an expedited basis. The motion is granted. Accordingly, the case will be submitted without oral argument on the next available date.

IT IS SO ORDERED this 13th day of June, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.